UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 24-20399-CR-GAYLES

UNITED STATES OF AMERICA

v.

EFRAIN BETANCOURT, JR.,

        Defendant.
_____/

## UNITED STATES' NOTICE OF FILING

    The undersigned Assistant United States Attorney hereby provides notice of filing thirty-four Victim Impact Statements.

                              Respectfully submitted,

                              HAYDEN P. O'BYRNE
                              UNITED STATES ATTORNEY

       By:   */s/Roger Cruz*
                Roger Cruz
                Assistant United States Attorney
                Florida Bar No. 157971
                99 Northeast Fourth Street, Suite 400
                Miami, Florida 33132
                Tel: (305) 961-9207
                Email: Roger.Cruz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> /s/Roger Cruz
> Roger Cruz
> Assistant United States Attorney