UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 24-20399-CR-GAYLES

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

EFRAIN BETANCOURT, JR.,

    *Defendant.*

_____/

## MOTION TO SUBSTITUTE PAGE OF SENTENCING MEMORANDUM

The Defendant, **EFRAIN BETANCOURT, JR.,** by and through undersigned counsel, filed Defendant's Sentencing Memorandum on August 1, 2025 (DE 48). Upon review of the filed Sentencing Memorandum on August 11, 2025, undersigned counsel discovered that a photograph intended to appear on page 18 was omitted. The omission appears to have resulted from a technical error during the conversion of the document from Microsoft Word to Adobe PDF prior to filing.

WHEREFORE, **MR. BETANCOURT**, respectfully requests that page 18 of Defendant's Sentencing Memorandum be substituted with the corrected page attached to this motion.

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
1 SE 3rd Avenue, Suite 2600
Miami, FL  33131
Tel:  305•358•1064
Email:  sjr@miamilawyer.com

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2025, a true and correct copy of the foregoing Motion to Substitute Page of Sentencing Memorandum was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.