UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 24-20399-CR-GAYLES

UNITED STATES OF AMERICA

v.

EFRAIN BETANCOURT, JR.,

      **Defendant.**
_____/

### UNITED STATES' NOTICE OF FILING

The undersigned Assistant United States Attorney hereby provides notice of filing two Victim Impact Statements.

          Respectfully submitted,

          HAYDEN P. O'BYRNE
          UNITED STATES ATTORNEY

By:  */s/Roger Cruz*
      Roger Cruz
      Assistant United States Attorney
      Florida Bar No. 157971
      99 Northeast Fourth Street, Suite 400
      Miami, Florida 33132
      Tel: (305) 961-9207
      Email: Roger.Cruz@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 12, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                */s/Roger Cruz*
                Roger Cruz
                Assistant United States Attorney