UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 24-20399-CR-GAYLES

UNITED STATES OF AMERICA

v.

EFRAIN BETANCOURT, JR.,

        **Defendant.**

_____/

## UNITED STATES' NOTICE OF FILING

The undersigned Assistant United States Attorney hereby provides notice of filing one Victim Impact Statement.

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

By:   */s/Roger Cruz*
      Roger Cruz
      Assistant United States Attorney
      Florida Bar No. 157971
      99 Northeast Fourth Street, Suite 400
      Miami, Florida 33132
      Tel: (305) 961-9207
      Email: Roger.Cruz@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 13, 2025, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                */s/Roger Cruz*  
                                                Roger Cruz  
                                                Assistant United States Attorney